UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| 24 HOUR FITNESS USA, INC., et al., | |
| Petitioner, | **O R D E R** |
| vs. | 2:11-CV-1947-PMP-GWF |
| WESLEY REESE, | |
| Respondent. | |
| 24 HOUR FITNESS USA, INC., et al., | |
| Petitioner, | |
| vs. | 2:11-CV-1961-PMP-VCF |
| SIEGLINDE INCE, | |
| Respondent. | |
| 24 HOUR FITNESS USA, INC., et al., | |
| Petitioner, | |
| vs. | 2:11-CV-1999-PMP-GWF |
| LAWRENCE DICKERSON, | |
| Respondent. | |
| 24 HOUR FITNESS USA, INC., et al., | |
| Petitioner, | |
| vs. | 2:11-CV-2000-PMP-PAL |
| MARK DONNELLY, | |
| Respondent. | |
| 24 HOUR FITNESS USA, INC. et al., | |
| Petitioner, | |
| vs. | 2:11-CV-2003-PMP-CWH |
| STEPHEN RANDOLPH | |
| Respondent. | |

|  |  |
|---|---|
| 24 HOUR FITNESS USA, INC., et al., <br><br> Petitioner, <br><br> vs. <br><br> JASON M. PARSONS, <br><br> Respondent. | 2:11-CV-2052-PMP-PAL |
| 24 HOUR FITNESS USA, INC., et al., <br><br> Petitioner. <br><br> vs. <br><br> RAMONA L. ERVIN, <br><br> Respondent. | 2:11-CV-2053-PMP-VCF |

**IT IS ORDERED a Hearing is set for <u>Monday, September 17, 2012, at 10:00 a.m. in LV Courtroom 7C before Judge Philip M. Pro on the following:</u>**

   1)  Petition to Compel Arbitration (filed in all the cases listed above.)

   2)  Petitioners' Motion to Strike Answer to Complaint (filed in Case Numbers 2:11-cv-1947-PMP-GWF, 2:11-cv-1999-PMP-GWF, 2:11-cv-2000-PMP-PAL and 2:11-cv-2053-PMP-VCF.)

   3)   Petitioners' Notice of Order Re: Special Master's Report and Recommendation Issued by Judge Samuel Conti of the U.S. District Court for the Northern District of California (filed in all the cases listed above.)

   Dated: July 20, 2012.

_____
PHILIP M. PRO, UNITED STATES DISTRICT JUDGE